IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MASTERS ENTERTAINMENT GROUP, INC., | ) ) ) |
| Plaintiff, | ) NO. 3:18-cv-01314 |
| | ) JUDGE RICHARDSON |
| v. | ) ) |
| DALE AURICH and BOBBY L. RABER, d/b/a HUMVEE DESIGNS, | ) ) ) ) |
| Defendant. | ) |

## ORDER

Pending before the Court are two motions for summary judgment. The first is Plaintiff's "Motion (For Partial Summary Judgment)" (Doc. No. 57, "Plaintiff's Motion"), supported by a memorandum in support (Doc. No. 58); Defendants have filed a response in opposition to Plaintiff's Motion (Doc. No. 66), to which Plaintiff has filed a reply (Doc. No. 73). The second is "Defendants' Motion for Summary Judgment" (Doc. No. 60, "Defendants' Motion"), supported by a memorandum in support (Doc. No. 61); Plaintiff has filed a response in opposition to Defendants' Motion (Doc. No. 69), to which Defendants have filed a reply (Doc. No. 74).

For the reasons set forth in the accompanying Memorandum Opinion, Plaintiff's Motion (Doc. No. 57) will be DENIED in its entirety, while Defendants' Motion (Doc. No. 60) will be GRANTED IN PART and DENIED IN PART, *i.e.*, granted as to Counts III and IV and denied as to Count I. Plaintiff's claim on Count I will proceed to trial.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE